AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEA[S] [C]ORPUS BY A PERSON IN STATE CUST[ODY]

| United States District Court | District Massachusetts | |
|---|---|---|
| Name Michael Caropreso | Prisoner No. | Case No. |
| Place of Confinement Mass. Corr. Inst. Cedar Junction | | 05 10951 JLT |
| Name of Petitioner (include name under which convicted) Michael Caropreso | Name of Respondent (authorized person having custody of petitioner) v. Kathleen M. Dennehy, Comm'r. of Correction | |
| The Attorney General of the State of: Thomas Reilly | | |

MAGISTRATE JUDGE MBB

## PETITION

1. Name and location of court which entered the judgment of conviction under attack Berkshire County Superior Court

2. Date of judgment of conviction November 13, 2000

3. Length of sentence twenty (20) to twenty five (25) years

4. Nature of offense involved (all counts) 1) Armed Home Invasion; 2) Assault and Battery with a dangerous weapon; 3) Armed burglary; 4) Armed assault; and, 5) Armed assault with intent to rob.

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

RECEIPT # 64097
AMOUNT $5
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. FCM
DATE 5/9/05

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court Massachusetts Appeals Court

(b) Result Judgments affirmed

(c) Date of result and citation, if known May 26, 2004

(d) Grounds raised Ineffective assistance of Counsel (See 11(a)(3) and 12 infra).

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court Massachusetts Supreme Judicial Court

(2) Result Further Appellate Review (FAR). Denied

(3) Date of result and citation, if known

(4) Grounds raised

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court

(2) Result

(3) Date of result and citation, if known

(4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

Yes ☑ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court Berkshire County Superior Court

(2) Nature of proceeding Motion For New Trial (Mass. R. Crim. P. 30)

(3) Grounds raised ) Introduction of erroneously admitted identification evidence; Insufficient

AO 241 (Rev. 5/85)

evidence that a shotgun introduced at trial was in fact the same weapon used in the commission of the crime(s) charged.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☒ ~~No ☒~~

(5) Result Denied

(6) Date of result December 30, 2002

(b) As to any second petition, application or motion give the same information:

(1) Name of court ______

(2) Nature of proceeding ______

(3) Grounds raised ______

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result ______

(6) Date of result ______

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes ☒ No ☐
(2) Second petition, etc. Yes ☐ No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

______

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

<u>Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self–incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A. Ground one: Ineffective assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law) Trial Counsel failed to object or otherwise Suppress so-called excited utterance/spontaneous utterance testimony in violation of the 6th Amendment of the United States Constitution (Confrontation Clause).

B. Ground two:

Supporting FACTS (state *briefly* without citing cases or law)

AO 241 (Rev. 5/85)

C. Ground three: ______

Supporting FACTS (state *briefly* without citing cases or law) ______

D. Ground four: ______

Supporting FACTS (state *briefly* without citing cases or law) ______

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: ______

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing Edmond St. John: 2 Center Street Adams, Massachusetts 01220

(b) At arraignment and plea (See above)

AO 241 (Rev. 5/85)

(c) At trial (See above)

(d) At sentencing (see above)

(e) On appeal Richard J. Fallon: Post Office Box 575 West Acton, Massachusetts 01720

(f) In any post-conviction proceeding Richard J. Fallon (see above)

(g) On appeal from any adverse ruling in a post-conviction proceeding Richard J. Fallon (see above)

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?

Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future: ____________

(b) Give date and length of the above sentence: ____________

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐ No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

____________
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

5/6/05
(date)

X [signature]
Signature of Petitioner