UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL CAROPRESO,
          Petitioner

      v.                                      C.A. No. 05-10951-JLT

DAVID NOLAN, SUPERINTENDENT,
          Respondent.

ORDER TO CORRECT CAPTION

TAURO, D.J.

    Upon review of the Petitioner's habeas petition, it is hereby ORDERED that the docket shall be corrected to reflect the proper respondent as petitioner's custodian, David Nolan, Superintendent, MCI Cedar Junction, rather than Kathleen M. Dennehy, the Commissioner of the Department of Corrections.

    A writ of habeas corpus must be "directed to the person having custody of the person detained." 28 U.S.C. § 2243. The court issuing the writ must have personal jurisdiction over the person who holds the petitioner in custody. Vasquez v. Reno, 233 F.3d 688, 690 (1st Cir. 2000), cert. denied, sub nom. Vasquez v. Ashcroft, 122 S. Ct. 43 (2001).

    Here, it appears that David Nolan, as Superintendent of the facility housing the Petitioner, is the custodian and therefore the appropriate Respondent in this action, and the Court will substitute David Nolan for Kathleen Dennehy. The docket clerk is directed to make any necessary modifications to the Court's docket to reflect this change.

    This Order is without prejudice to any party timely seeking reconsideration of this substitution.

                              By the Court,

                              /s/ Kimberly M. Abaid
                              Kimberly M. Abaid
                              Deputy Clerk

Dated: May 10, 2005