UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICHAEL CAROPRESO,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**DAVID NOLAN,** )<br>)<br>Respondent. )<br>) | Civil Action No. 05-10951-JLT |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for the Respondent, David Nolan, in the matter listed above.

                                                  Respectfully submitted,

                                                  THOMAS F. REILLY
                                                  ATTORNEY GENERAL

                                                  /s/ Randall E. Ravitz
                                                  Randall E. Ravitz (BBO # 643381)
                                                  Assistant Attorney General
                                                  Criminal Bureau
                                                  One Ashburton Place
                                                  Boston, Massachusetts  02108
                                                  (617) 727-2200, ext. 2852

Dated:  June 2, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on June 2, 2005, by first class mail, postage prepaid, upon:

Michael Caropreso
MCI-Cedar Junction
PO Box 100
South Walpole, MA  02071

pro se

/s/ Randall E. Ravitz
Randall E. Ravitz
