UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL CAROPRESO, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-10951-JLT |
| DAVID NOLAN, | ) |
| Respondent. | ) |

**RESPONDENT'S MOTION FOR AN ENLARGEMENT
OF TIME IN WHICH TO RESPOND TO PETITION**

Respondent David Nolan (the "Respondent"), hereby respectfully moves this Court to enlarge until June 30, 2005 the time in which he must answer or otherwise respond to the Habeas Corpus Petition (the "Petition") filed by Petitioner Michael Caropreso (the "Petitioner"). The Respondent's response is currently due on June 2, 2005. In support of this Motion, the Respondent states as follows:

1.  The Petition arises from a 2000 conviction in the Berkshire County, Massachusetts, Superior Court on multiple charges.

2.  The Petition includes serious allegations and references complex areas of law.

3.  In its Order dated May 12, 2005, this Court directed the Respondent to file, as part of his return, such documents which reflect on whether the Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

4.  Counsel for the Respondent has only recently obtained documents from the Berkshire District Attorney's Office concerning the Petitioner's underlying conviction and his

challenges to that conviction.  Moreover, counsel's initial review of such documents reveals that some are incomplete.

  5. An enlargement of time will thus afford counsel an opportunity to review such documents, respond to the Petition, and comply with this Court's Order of May 12, 2005 most thoroughly and effectively.

  6. No previous application for an enlargement of time to answer or otherwise respond to the Petition has been made to this Court.

  7. Allowance of this Motion will enable counsel for the Respondent to be of greatest assistance to the Court and will not prejudice any party.

  **WHEREFORE,** the Respondent requests that this Court enlarge the time in which he must answer or otherwise respond to the Petition until June 30, 2005.

            Respectfully submitted,

            THOMAS F. REILLY
            ATTORNEY GENERAL


            /s/ Randall E. Ravitz
            Randall E. Ravitz (BBO # 643381)
            Assistant Attorney General
            Criminal Bureau
            One Ashburton Place
            Boston, Massachusetts  02108
            (617) 727-2200, ext. 2852

Dated:  June 2, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on June 2, 2005, by first class mail, postage prepaid, upon:

Michael Caropreso
MCI-Cedar Junction
PO Box 100
South Walpole, MA  02071

pro se

/s/ Randall E. Ravitz
Randall E. Ravitz