# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICHAEL CAROPRESO,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-10951-JLT** |
| ) | |
| **DAVID NOLAN,** ) | |
| ) | |
| **Respondent.** ) | |

## <u>RESPONDENT'S MOTION TO DISMISS PETITION</u>

The Respondent, David Nolan, Superintendent of the Massachusetts Correctional Institution at Cedar Junction (the "Respondent"), hereby respectfully moves that the habeas corpus petition (the "Petition") filed by Petitioner Michael Caropreso (the "Petitioner") be dismissed in its entirety. The Petition cannot be entertained, because the Petitioner has failed to satisfy the statutory requirement that he first exhaust state remedies.

In further support of this Motion, the Respondent relies on and incorporates his Memorandum of Law and Appendix filed herewith.

WHEREFORE, the Respondent requests that this Honorable Court allow this Motion, dismiss the Petition in its entirety, and grant such other relief as is just and proper under the circumstances.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL


 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  June 30, 2005


## CERTIFICATE OF SERVICE

       I hereby certify that a true copy of the above document was served on June 30, 2005, by first class mail, postage prepaid, upon:

Michael Caropreso
MCI-Cedar Junction
PO Box 100
South Walpole, MA  02071

pro se

                                                /s/ Randall E. Ravitz
                                                Randall E. Ravitz