UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL CAROPRESO, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-10951-JLT |
| DAVID NOLAN, | ) ) ) | |
| Respondent. | ) ) | |

**RESPONDENT'S APPENDIX ACCOMPANYING HIS**
**MOTION TO DISMISS PETITION**

Pursuant to this Court's Order dated May 12, 2005, the Respondent, David Nolan, Superintendent of the Massachusetts Correctional Institution at Cedar Junction (the "Respondent"), hereby files this Appendix containing documents relevant to the issue of whether Petitioner Michael Caropreso (the "Petitioner") previously exhausted available state remedies with respect to the matters raised by his habeas corpus petition (the "Petition"). The offering of such documents should not be construed as implying that the Respondent considers the Petitioner to have exhausted state remedies. In fact, the Respondent takes a position to the contrary, as discussed in his Memorandum of Law in Support of His Motion to Dismiss Petition.

Specifically, attached hereto as exhibits are true and accurate copies of the following:

EXHIBIT A.     Docket in connection with Commonwealth v. Michael V. Caropresso, Case No. BECR1999-00388 in the Berkshire County, Massachusetts, Superior Court ("Super. Ct. Docket");

EXHIBIT B.          Docket in connection with <u>Commonwealth v. Michael V. Caropresso</u>, Case No. 2001-P-1518 in the Massachusetts Appeals Court ("App. Ct. Docket");

EXHIBIT C.          Docket in connection with <u>Commonwealth v. Michael V. Caropresso</u>, Case No. FAR-14203 in the Massachusetts Supreme Judicial Court ("SJC Docket");

EXHIBIT D.          Portions of the trial transcript in connection with <u>Commonwealth v. Michael V. Caropresso</u>, Case No. BECR1999-00388 in the Berkshire County, Massachusetts, Superior Court ("Trial Tr.");

EXHIBIT E.          <u>Commonwealth v. Caropresso</u>, 61 Mass. App. Ct. 1107, 808 N.E.2d 1258 (2004), the decision of the Massachusetts Appeals Court in connection with Case No. 2001-P-1518;

EXHIBIT F.          <u>Commonwealth v. Caropresso</u>, 442 Mass. 1106, 812 N.E.2d 922 (2004), the table decision of the Massachusetts Supreme Judicial Court in connection with Case No. FAR-14203;

EXHIBIT G.          Brief and Appendix for Appellant Michael Caropreso filed in connection with <u>Commonwealth v. Michael V. Caropresso</u>, Case No. 2001-P-1518 in the Massachusetts Appeals Court;

EXHIBIT H.          Brief of the Commonwealth, Appellee, filed in connection with <u>Commonwealth v. Michael V. Caropresso</u>, Case No. 2001-P-1518 in the Massachusetts Appeals Court;

EXHIBIT I.  Reply Brief for Michael Caropreso filed in connection with Commonwealth v. Michael V. Caropresso, Case No. 2001-P-1518 in the Massachusetts Appeals Court; and

EXHIBIT J.  Application of Michael Caropreso for Leave to Obtain Further Appellate Review filed in connection with Commonwealth v. Michael V. Caropresso, Case No. FAR-14203 in the Massachusetts Supreme Judicial Court ("ALOFAR").

          Respectfully submitted,

          THOMAS F. REILLY
          ATTORNEY GENERAL

          /s/ Randall E. Ravitz
          Randall E. Ravitz (BBO # 643381)
          Assistant Attorney General
          Criminal Bureau
          One Ashburton Place
          Boston, Massachusetts  02108
          (617) 727-2200, ext. 2852

Dated:  June 30, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served on June 30, 2005, by first class mail, postage prepaid, upon:

Michael Caropreso
MCI-Cedar Junction
PO Box 100
South Walpole, MA  02071

pro se

          /s/ Randall E. Ravitz
          Randall E. Ravitz