UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL CAROPRESO, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 05-10951-JLT |
| DAVID NOLAN, ) | |
| Respondent. ) | |

**RESPONDENT'S NOTICE OF FILING WITH CLERK'S OFFICE
CONCERNING EXHIBITS TO HIS APPENDIX ACCOMPANYING HIS
MOTION TO DISMISS PETITION**

Notice is hereby given that the following Exhibits to the Respondent's Appendix Accompanying His Motion to Dismiss Petition have been manually filed with the Court and are available in paper form only:

EXHIBIT A.   Docket in connection with Commonwealth v. Michael V. Caropresso, Case No. BECR1999-00388 in the Berkshire County, Massachusetts, Superior Court ("Super. Ct. Docket");

EXHIBIT B.   Docket in connection with Commonwealth v. Michael V. Caropresso, Case No. 2001-P-1518 in the Massachusetts Appeals Court ("App. Ct. Docket");

EXHIBIT C.   Docket in connection with Commonwealth v. Michael V. Caropresso, Case No. FAR-14203 in the Massachusetts Supreme Judicial Court ("SJC Docket");

EXHIBIT D.    Portions of the trial transcript in connection with <u>Commonwealth v. Michael V. Caropresso</u>, Case No. BECR1999-00388 in the Berkshire County, Massachusetts, Superior Court ("Trial Tr.");

EXHIBIT E.    <u>Commonwealth v. Caropresso</u>, 61 Mass. App. Ct. 1107, 808 N.E.2d 1258 (2004), the decision of the Massachusetts Appeals Court in connection with Case No. 2001-P-1518;

EXHIBIT F.    <u>Commonwealth v. Caropresso</u>, 442 Mass. 1106, 812 N.E.2d 922 (2004), the table decision of the Massachusetts Supreme Judicial Court in connection with Case No. FAR-14203;

EXHIBIT G.    Brief and Appendix for Appellant Michael Caropreso filed in connection with <u>Commonwealth v. Michael V. Caropresso</u>, Case No. 2001-P-1518 in the Massachusetts Appeals Court;

EXHIBIT H.    Brief of the Commonwealth, Appellee, filed in connection with <u>Commonwealth v. Michael V. Caropresso</u>, Case No. 2001-P-1518 in the Massachusetts Appeals Court;

EXHIBIT I.    Reply Brief for Michael Caropreso filed in connection with <u>Commonwealth v. Michael V. Caropresso</u>, Case No. 2001-P-1518 in the Massachusetts Appeals Court; and

EXHIBIT J.    Application of Michael Caropreso for Leave to Obtain Further Appellate Review filed in connection with <u>Commonwealth v. Michael V. Caropresso</u>, Case No. FAR-14203 in the Massachusetts Supreme Judicial Court ("ALOFAR").

The original documents are maintained in the case file in the Clerk's Office.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL


 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  June 30, 2005


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on June 30, 2005, by first class mail, postage prepaid, upon:

Michael Caropreso
MCI-Cedar Junction
PO Box 100
South Walpole, MA  02071

pro se

/s/ Randall E. Ravitz
Randall E. Ravitz