## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Michael Caropresso** <br> **Petitioner** <br><br> V. <br><br> **David Nolan, Superintendent** <br> **Respondent** | **CIVIL ACTION** <br><br> **NO. 05cv10951 JLT** |

## JUDGMENT

**Tauro, D. J.**

In accordance with the Court's Endorsement dated **December 28, 2005** adopting the Magistrate Judge's Report and Recommendation of **November 15, 2005**, to Grant (#6) Motion to Dismiss, it is hereby ORDERED:

Judgment for the **Respondent**.

By the Court,

**January 3, 2006**        **/s/ Kimberly M. Abaid**
Date                      Deputy Clerk

(R&R Judgment.wpd - 12/98)